UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE LARRY A. BURNS

| | |
|---|---|
| In the Matter of Substitution of Counsel, ) ) KIMBERLY TRIMBLE, Esq. ) ) ) | **ORDER** |

**IT IS HEREBY ORDERED** that Kimberly Trimble, Esq., upon departure from Federal Defenders of San Diego, Inc., into private practice at:

> Kimberly Trimble
> The Singleton Law Firm
> 450 A St 5th Floor
> San Diego, CA 92101
> Phone: (619) 786-5113
> Email: ktrimble@SLFfirm.com

be substituted as appointed counsel and Federal Defenders be relieved in the cases listed in the attached effective after November 4, 2020.

**SO ORDERED**.

Date: 11/4/2020

_____
**HONORABLE LARRY A. BURNS**
Chief Judge, United States District Court,
Southern District of California

CASES FOR SUBSTITUTION OF COUNSEL
FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO
**KIMBERLY TRIMBLE, CALIFORNIA BAR NO. 288682,
AS APPOINTED COUNSEL
EFFECTIVE AFTER NOVEMBER 4, 2020**

| Case Name<br>Status, Date | Case No(s). |
|---|---|
| ***District Court Cases*** | |
| *United States v. Marisol Chavez-Morales*<br>FD Appearance Filed 10/5/20 | 18-cr-4252-L |
| *United States v. Miguel Angel Mendoza*<br>FD Appearance Filed, 9/25/20 | 18-cr-3798-AJB |
| *United States v. Robert Lopez Rocha*<br>FD Appearance Filed 7/29/20 | 18-cr-4180-BAS |
| *United States v. Armando Vasquez-Rincon*<br>FD Appearance Filed 11/2/20 | 19-cr-2295-LAB |
| *United States v. Sergeyi Bazar*<br>FD Appearance Filed 11/2/20 | 15-cr-499-BEN |
| *United States v. Kemp Field Beaumont, III*<br>FD Appearance Filed 11/2/20 | 17-cr-1622-CAB |
| *United States v. Corina Ann Duran*<br>FD Appearance Filed 11/2/20 | 18-cr-5469-LAB |
| *United States v. Roberto Jimenez*<br>FD Appearance Filed 11/2/20 | 18-cr-1125-WQH |
| *United States v. Gilbert Martinez Castillo*<br>FD Appearance Filed 11/2/20 | 16-cr-253-GPC |
| *United States v. Gilberto Neria*<br>FD Appearance Filed 11/2/20 | 17-cr-1194-AJB |
| *United States v. Rampoldi*<br>9th Circuit Appeal Pending | 16-cr-1842-DMS |
| *United States v. Ryan David Shipley*<br>FD Appearance Filed 11/2/20 | 14-cr-3659-WQH_ |
| ***Ninth Circuit Case*** | |
| *United States v. Rampoldi*<br>Petition for Rehearing/Rehearing En Banc Due 11/22/20 | 16-cr-1842-DMS<br>18-50247 |